# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-3474
LT Case No. 2022-012669-PRDL
_____

KATHLEEN KELLER a/k/a EMMA
KATHLEEN KELLER,

    Appellant,

    v.

KRISTAN SIMON f/k/a KRISTEN
WILLIAMS, as the PERSONAL
REPRESENTATIVE of the ESTATE
of DOUGLAS H. KELLER,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Linda L. Gaustad, Judge.

Alexander J. Kollmer and James Peterson, of Peterson Law
Group, PLLC, New Smyrna Beach, for Appellant.

John D. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando,
for Appellee.

November 25, 2025


PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

—————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————